This opinion/order has been withdrawn per order of the Tenth Court of Appeals.